UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TERESA D. LOPEZ, an individual; JOSE A. LOPEZ, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., successor by merger to WELLS FARGO BANK SOUTHWEST, N.A., f/k/a WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., f/k/a WORLD SAVINGS BANK, F.S.B.; WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., f/k/a WACHOVIA MORTGAGE, F.S.B., f/k/a WORLD SAVINGS BANK, F.S.B.; NDEX WEST, LCC, a Delaware Corporation; and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants. | CASE NO.:  2:11-cv-01454-KJM -EFB<br><br>[The Honorable Kimberly J. Mueller]<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 28 DAYS (L.R. 6-144)** |

　　　The Court, having read the stipulation by plaintiffs Teresa D. Lopez and Jose A. Lopez, through their counsel of record, and defendant Wells Fargo Bank, N.A. successor by merger to Wells Fargo Bank, Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), sued herein as "Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest,

ORDER RE STIPULATED DISMISSAL

CIV: S-10-cv-02077-KJM-KJN- 1

N.A., f/k/a Wachovia Mortgage, a division of Wells Fargo Bank, N.A., f/k/a World Savings Bank, F.S.B." and "Wachovia Mortgage, a division of Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, F.S.B., f/k/a World Savings Bank, F.S.B.," through its counsel of record, and good cause showing:

IT IS HEREBY ORDERED:

Pursuant to the stipulation of plaintiffs and Wells Fargo, Federal Rules of Civil Procedure, Rule 6 and Local Rule 144, Wells Fargo shall have until and including July 7, 2011 to respond to plaintiffs' complaint.

Dated: June 14, 2011.

_____
UNITED STATES DISTRICT JUDGE