# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNA

| | |
|---|---|
| TERESA D. LOPEZ, an individual; JOSE A. LOPEZ, an individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A., et al.<br><br>          Defendants. | Case No.:  Civ S-11-1454 KJM EFG<br><br>ORDER DENYING REQUEST FOR VOLUNTARY DISMISSAL |

Plaintiffs have filed a notice of voluntary dismissal under the authority of rule 41(a)(1). However, on July 1, 2011, defendant NDEX filed its answer; under the rule, plaintiffs may not unilaterally dismiss once an answer has been filed.

IT IS SO ORDERED.

Dated: July 26, 2011.

_____
UNITED STATES DISTRICT JUDGE