IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERESA D. LOPEZ, an individual;
JOSE A. LOPEZ, an individual,

   Plaintiffs,       Civ. No. S-11-1454 KJM EFB

  vs.

WELLS FARGO BANK, N.A.
et al.,            ORDER AND ORDER TO SHOW CAUSE

   Defendants.

   Defendant Wells Fargo has filed a motion to dismiss currently set to be heard on September 28, 2011; plaintiffs have not filed an opposition or statement of non-opposition as required by Local Rule 230(c).

   IT IS THEREFORE ORDERED that:

   1. The hearing on the motion to dismiss, currently set for September 28, 2011, is vacated; and

   2. Plaintiffs are directed to show cause, within seven days of the date of this order, why this action should not be dismissed for their failure to prosecute.

DATED: September 22, 2011.

                     UNITED STATES DISTRICT JUDGE

1