1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERESA D. LOPEZ, an individual;
     JOSE A. LOPEZ, an individual,
11
                  Plaintiffs,                    Civ. No. S-11-1454 KJM EFB
12          vs.

13   WELLS FARGO BANK, N.A.
     et al.,                                     ORDER AND ORDER TO SHOW CAUSE
14
                  Defendants.
15   _____/

16          Defendant Wells Fargo has filed a motion to dismiss currently set to be heard on

17   September 28, 2011; plaintiffs have not filed an opposition or statement of non-opposition as

18   required by Local Rule 230(c).

19          IT IS THEREFORE ORDERED that:

20          1.  The hearing on the motion to dismiss, currently set for September 28, 2011, is

21   vacated; and

22          2.  Plaintiffs are directed to show cause, within seven days of the date of this

23   order, why this action should not be dismissed for their failure to prosecute.

24   DATED:  September 22, 2011.

25   _____
                  UNITED STATES DISTRICT JUDGE
26

                                          1